**Affirmed and Opinion Filed June 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01483-CR
No. 05-13-01484-CR
No. 05-13-01485-CR

**RICHARD SAMUEL MORALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-58307-I, F10-59679-I, F10-60886-I**

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and FitzGerald
Opinion by Justice FitzGerald

Richard Samuel Morales appeals from the adjudication of his guilt for assault resulting in bodily injury and involving family violence, having a previous conviction for assault involving family violence; aggravated sexual assault with a deadly weapon; and aggravated kidnapping with a deadly weapon. *See* TEX. PENAL CODE ANN. §§ 20.04(b), 22.01(a), 22.021(a)(1)(A)(i) (West 2011 & Supp. 2013); TEX. FAM. CODE ANN. §§ 71.0021, 71.005 (West 2008 & Supp. 2013). The trial court assessed punishment at ten years' imprisonment on the assault conviction and thirty years' imprisonment on the aggravated sexual assault and aggravated kidnapping

convictions.  On appeal, appellant's attorney filed a brief in which he concludes the appeals are wholly frivolous and without merit.  The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967).  The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance.  *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978).  Counsel delivered a copy of the brief to appellant.  We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the records and counsel's brief.  *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).  We agree the appeals are frivolous and without merit.  We find nothing in the records that might arguably support the appeals.

We affirm the trial court's judgments.


Do Not Publish
TEX. R. APP. P. 47
1301483F.U05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RICHARD SAMUEL MORALES,
Appellant

No. 05-13-01483-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 2 of Dallas County, Texas (Tr.Ct.No.
F10-58307-I).
Opinion delivered by Justice FitzGerald,
Justices Moseley and O'Neill participating.


Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.


Judgment entered June 19, 2014



/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RICHARD SAMUEL MORALES,
Appellant

No. 05-13-01484-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 2 of Dallas County, Texas (Tr.Ct.No.
F10-59679-I).
Opinion delivered by Justice FitzGerald,
Justices Moseley and O'Neill participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered June 19, 2014

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RICHARD SAMUEL MORALES,
Appellant

No. 05-13-01485-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 2 of Dallas County, Texas (Tr.Ct.No.
F10-60886-I).
Opinion delivered by Justice FitzGerald,
Justices Moseley and O'Neill participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered June 19, 2014

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE